**CLOSED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ~~ZEESHAN H. KHAN~~; CHRISTINA ASTORGA; and ~~RINGO CHIU~~,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF LOS ANGELES; LOS ANGELES POLICE DEPARTMENT; CHIEF MICHEL MOORE; OFFICER AARON GREEN and DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:21-CV-03289 CAS (MARx)<br>Hon. Christina A. Snyder<br><br>**ORDER DISMISSING CASE AS TO ALL REMAINING CLAIMS AND PARTIES WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

Pursuant to the stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) by all parties who have appeared in this case (Doc No. 169), the above-captioned matter is hereby DISMISSED, with prejudice, in its entirety. All parties shall bear their own costs and fees.

　　　IT IS SO ORDERED.

Dated: May 1, 2025

　　　　　　　　　　　　　　　　　　　*Christina A. Snyder*
　　　　　　　　　　　　　　　　　　　Hon. Christina A. Snyder
　　　　　　　　　　　　　　　　　　　United States District Judge

4937-1891-5132.1